IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1987 MARSHFIELD MANUFACTURED ) <br> HOME, IDENTIFICATION NUMBER ) <br> 49541, TITLE NUMBER 1521694, ) <br> ) <br> and ) <br> ) <br> 2004 PONTIAC GRAND PRIX GT, ) <br> VIN 2G2WP542641296509 ) <br> ) <br> Defendant. ) <br> ) | Case No. 08-C-638 |

CERTIFICATE OF REASONABLE CAUSE

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendants 1987 Marshfield Manufactured Home, Identification Number 49541, Title Number 1521694 and a 2004 Pontiac Grand Prix GT, VIN 2G2WP542641296509, in that they are subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4).

Executed this 8th day of October 2009.

/s/
_____
BARBARA B. CRABB
Chief United States District Court Judge