IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

   v.

                                         08-cv-638-bbc

1987 MARSHFIELD MANUFACTURED HOME,
IDENTIFICATION NUMBER 49541, TITLE
NUMBER 1521694,

 and

2004 PONTIAC GRAND PRIX GT,
VIN 2G2WP542641296509,

                Defendants.

---

Attorney Robert T. Ruth has filed a request for attorneys fees, including a breakdown of fees and costs associated with his representation of claimant Lyle Dank in this case, from December 18, 2008 to December 3, 2009. From my review of the request, I am satisfied that the amount requested is fair and reasonable. Therefore, it is ORDERED that judgment is entered in favor of Robert T. Ruth against the United States in the amount of $2,759.00

Entered this 13th day of January, 2010.

                              BY THE COURT:

                              /s/

                              BARBARA B. CRABB
                              District Judge